# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0426
LT Case No. 2024-DR-005825

———————————————

TATYANA USSIN,

Appellant,

v.

ZOE WOOD,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

Tatyana Ussin, Arlington, VA, pro se.

No Appearance for Appellee.

November 21, 2025

PER CURIAM.

Appellant timely appeals the final judgment of injunction for protection against stalking entered against her and in favor of Appellee after an evidentiary hearing. Appellant challenges both the sufficiency of the evidence for the final judgment and the denial of her motion to disqualify the trial judge.[1] We agree, without

———————————————

[1] Appellant titled the motion as "Motion to Recuse the Judge."

further elaboration, that Appellant's motion for disqualification should have been granted; resultingly, we need not and therefore decline to reach the merits of her other argument. *See Rosenwater v. Deutsche Bank Nat'l Tr. Co. for Soundview Home Loan Tr. 2007-NS1 Asset-backed Certificates, Series 2007-NS1*, 220 So. 3d 1204, 1204–05 (Fla. 4th DCA 2017) (explaining that because the panel agreed with the appellant about the disqualification of the trial judge, the appellant's separate argument about the sufficiency of the evidence for the appealed order of contempt was rendered moot).

Accordingly, we reverse the final judgment and the order denying the motion for disqualification and remand for a new hearing in front of a different judge.

REVERSED and REMANDED with instructions.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____